**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **AHYMET RIVERA-RODRÍGUEZ**, his wife **YANIRA PÉREZ-CARABALLO**, and his sons and daughters **KEVEN H. RIVERA-FLORES, KARENYELLIS RIVERA-COTTÉ, AHYMET RIVERA-PÉREZ, PRINCESA D. RIVERA-PÉREZ, A.S.R.S**. (minor), **K.O.P.P.** (minor), **N.L.R.P.** (minor) and **A.V.R.B.** (minor)<br><br>Plaintiffs<br><br>v.<br><br>**JAYSON MARTINEZ-MALDONADO**, in his personal capacity and in his official capacity as MAYOR OF THE MUNICIPALITY OF LAJAS; **MUNICIPALITY OF LAJAS**; **RAMONA PACHECO-MACHADO**, in her personal capacity and in her official capacity as PURCHASING DIRECTOR OF THE MUNICIPALITY OF LAJAS; **NEREIDA DEL CARMEN GONZALEZ-LEFRANC**, in her personal capacity and in her official capacity as PURCHASING SUPERVISOR OF THE MUNICIPALITY OF LAJAS; **ROSA E. MONTALVO-ROSA**, in her personal capacity and in her official capacity as ADMINISTRATOR OF THE MUNICIPALITY OF LAJAS; **JANICE GONZALEZ-GALARZA**, in her personal capacity and in her official capacity as HUMAN RESOURCES DIRECTOR OF THE MUNICIPALITY OF LAJAS; **OLGA RODRIGUEZ-MORENO**, in her personal capacity and in her official capacity as SECRETARY OF THE MAYOR OF LAJAS; **JOSE PERAZA-GONZALEZ**, in his personal capacity and in his official capacity as ASSEMBLYMAN OF THE MUNICIPALITY OF LAJAS; **JULIO MATOS-GOTAY**, in his personal capacity and in his official capacity as COMMISSIONER OF THE MUNICIPAL POLICE OF THE MUNICIPALITY OF LAJAS; **RASHIDA SANTANA-TORO**, in her personal capacity; **MAYRA SANTIAGO-REYES**, in her personal capacity; **JOHNNY RAMOS-GONZALEZ**, in his personal capacity; **VICTOR PACHECO-SANTIAGO**, in his personal capacity and in his official capacity as DIRECTOR OF PUBLIC WORKS OF THE MUNICIPALITY OF LAJAS; **JOSE ORTIZ-RAMIREZ**, in his personal capacity and in his | **Civil Action No.:**<br><br>CIVIL RIGHTS; POLITICAL DISCRIMINATION, HARASSMENT AND RETALIATION; DAMAGES DECLARATORY AND INJUNCTIVE RELIEF<br><br>JURY TRIAL DEMANDED |

| official capacity as FORMER DIRECTOR OF PUBLIC WORKS OF THE MUNICIPALITY OF LAJAS<br><br>Defendants | |
|---|---|

**COMPLAINT**

**TO THE HONORABLE COURT**

Plaintiffs AHYMET RIVERA-RODRIGUEZ ("Rivera-Rodríguez"), his wife YANIRA PÉREZ-CARABALLO ("Pérez-Caraballo"), and his sons and daughters KEVEN H. RIVERA-FLORES, KARENYELLIS RIVERA-COTTÉ, AHYMET RIVERA-PÉREZ, PRINCESA D. RIVERA-PÉREZ, A.S.R.S. (minor), K.O.P.P. (minor), N.L.R.P. (minor) and A.V.R.B. (minor), hereby file this complaint for economic, compensatory and punitive damages, and for declaratory, injunctive and equitable relief, against **JAYSON MARTINEZ-MALDONADO**, in his personal capacity and in his official capacity as MAYOR OF THE MUNICIPALITY OF LAJAS; **the MUNICIPALITY OF LAJAS**; **RAMONA PACHECO-MACHADO**, in her personal capacity and in her official capacity as PURCHASING DIRECTOR OF THE MUNICIPALITY OF LAJAS; **NEREIDA DEL CARMEN GONZALEZ-LEFRANC**, in her personal capacity and in her official capacity as PURCHASING SUPERVISOR OF THE MUNICIPALITY OF LAJAS; **ROSA E. MONTALVO-ROSA**, in her personal capacity and in her official capacity as ADMINISTRATOR OF THE MUNICIPALITY OF LAJAS; **JANICE GONZALEZ-GALARZA**, in her personal capacity and in her official capacity as HUMAN RESOURCES DIRECTOR OF THE MUNICIPALITY OF LAJAS; **OLGA RODRIGUEZ-MORENO**, in her personal capacity and in her official capacity as SECRETARY OF THE MAYOR OF LAJAS; **JOSE PERAZA-GONZALEZ**, in his personal capacity and in his official capacity as ASSEMBLYMAN OF THE MUNICIPALITY OF LAJAS; **JULIO MATOS-GOTAY**, in his personal capacity and in his official capacity as COMMISSIONER OF THE MUNICIPAL POLICE OF THE MUNICIPALITY OF LAJAS; **RASHIDA SANTANA-TORO**, in her personal capacity; **MAYRA SANTIAGO-REYES**, in her personal capacity; **JOHNNY RAMOS-GONZALEZ**, in his personal capacity; **VICTOR PACHECO-SANTIAGO**, in his personal capacity and in his official capacity as DIRECTOR OF

PUBLIC WORKS OF THE MUNICIPALITY OF LAJAS; **JOSE ORTIZ-RAMIREZ**, in his personal capacity and in his official capacity as FORMER DIRECTOR OF PUBLIC WORKS OF THE MUNICIPALITY OF LAJAS; ABC CORPORATION; ABC INSURANCE COMPANY; and JOHN DOE.

**INTRODUCTION**

1.      Plaintiff Rivera-Rodríguez is a former career employee of the Municipality of Lajas, who worked for the Municipality of Lajas for more than twenty-three (23) years, holding the career position of Purchasing Officer ("*Oficial de Compras*" in Spanish) for the last fifteen (15) years of his employment.

2.      Rivera-Rodríguez is affiliated to, and is a well-known supporter of, the Popular Democratic Party ("PDP") in the Municipality of Lajas.

3.      Throughout his employment at the Municipality of Lajas, Rivera-Rodríguez held various trust positions, in different occasions, as part of the twenty (20) years of municipal administration of former PDP-affiliated Mayor of Lajas, Marcos ("Turin") Irizarry-Pagán.[1]

4.      Among others, the positions of trust that Rivera-Rodríguez held in the Municipality of Lajas were Special Aid of the Mayor ("*Ayudante Especial del Alcalde*" in Spanish), Director of Public Works, Director of Emergency Management, Director of the Municipal Police, and Director of Solid Waste.

5.      Because of his more than 20 years of experience working at the Municipality of Lajas, and the several times he held positions of trust throughout the years (*i.e.*, director of different municipal dependencies), Rivera-Rodríguez was widely known by the people of Lajas and the

---

[1] Marcos ("Turin") Irizarry-Pagán was the PDP-affiliated Mayor of Lajas for twenty (20) years, specifically, from 1997-2008 and then again from 2013-2020.

Municipality of Lajas to be a very knowledgeable and valuable member of the municipal administration.

6.    For many years, residents of Lajas often visited the City Hall and/or other municipal dependencies looking for Rivera-Rodríguez, so that he would help them to solve different problems and situations that arose within the Municipality, from picking up garbage and debris, to paving roads, to distribute food to the elderly, among others.

7.    Having occupied multiple trust positions during Turin's 20-year tenure as PDP-affiliated Mayor of Lajas, Rivera-Rodríguez was perceived by the NPP's leadership in Lajas as their enemy and as Turin's "right hand".

8.    Rivera-Rodríguez was often the target of false, defamatory, and bad faith accusations on the part of the NPP leadership and supporters in the Municipality of Lajas, because of Rivera-Rodríguez' PDP political affiliation and beliefs.

9.    Prior to the 2020 municipal elections, one of the campaign promises of the NPP candidate for Mayor of Lajas, co-Defendant Jayson Martínez-Maldonado ("Martínez-Maldonado"), was to fire Rivera-Rodríguez from the Municipality of Lajas no matter what.

10.    Immediately after winning the November 2020 municipal election for Mayor of Lajas under the NPP, Martínez-Maldonado and the other co-Defendants, acting pursuant to his instructions and authorization, demanded, directed, requested, ordered, authorized and condoned the execution of countless acts of political discrimination, harassment, persecution, and retaliation against Rivera-Rodríguez, culminating in his termination of employment, due to his political affiliation and the exercise of his First Amendment rights.

11.    As noted in detail below, Defendants' actions were clearly motivated by Rivera-Rodríguez' political affiliation, participation and beliefs in favor of the PDP.

**JURISDICTION**

12.    Since this is a civil action that has been brought pursuant to the laws and Constitution of the United States, this District Court has federal subject matter jurisdiction over this action pursuant to 28 U.S.C. §1331.

13.    This Court also has supplemental jurisdiction over all claims arising under the laws and Constitution of the Commonwealth of Puerto Rico pursuant to 28 U.S.C. §1367.

14.    Venue is proper in the District of Puerto Rico, pursuant to 28 U.S.C. §1391. All parties reside in Puerto Rico, and all acts, events and/or omissions giving rise to the Plaintiffs' claims occurred in Puerto Rico.

15.    Jury trial is demanded.

**PARTIES**

16.    Co-Plaintiff **AHYMET RIVERA-RODRIGUEZ** ("Rivera-Rodríguez") is of legal age, married, and a former career employee of the Municipality of Lajas who occupied the position of "Purchasing Officer", and resident of Lajas, Puerto Rico. Rivera-Rodríguez worked for the Municipality of Lajas for more than twenty-three (23) years. Since the year 2008, Rivera-Rodríguez occupied the career position of "Purchasing Officer", where he performed low-level duties which do not impact public policy and for which party affiliation is not an appropriate requirement.

17.    Co-Plaintiffs, Rivera-Rodríguez' wife **YANIRA PÉREZ-CARABALLO** ("Pérez-Caraballo"), and Rivera-Rodríguez' sons and daughters **KEVEN H. RIVERA-FLORES**, **KARENYELLIS RIVERA-COTTÉ**, **AHYMET RIVERA-PÉREZ**, **PRINCESA D. RIVERA-PÉREZ**, **A.S.R.S.** (minor), **K.O.P.P.** (minor), **N.L.R.P.** (minor) and **A.V.R.B.** (minor), hereby file derivative and contingent claims for their own emotional and economic damages, under Articles 1536, 1538, 1539 and 1540 of the Puerto Rico Civil Code.

18.     Co-Defendant **JAYSON MARTINEZ-MALDONADO** ("Martínez-Maldonado") is a citizen of the United States and a resident of Lajas, Puerto Rico. He currently holds the position of **Mayor of the Municipality of Lajas** – elected under a New Progressive Party ("NPP") ticket in the 2020 elections. Martínez-Maldonado is a prominent member, affiliate, and contributor of the NPP both in a statewide and municipal basis since, at the very least, 2017. Martínez-Maldonado is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP. This is so, because they have known each other for at least twenty years, and because Martínez-Maldonado used to see Rivera-Rodriguez in rallies and activities in PDP activities. Also, because they are neighbors. Martínez-Maldonado is being sued for declaratory, injunctive and monetary relief in both his individual capacity and in his official capacity as Mayor of the Municipality of Lajas. At all times relevant and material hereto, Martínez-Maldonado was acting under color of state law.

19.     Co-Defendant **MUNICIPALITY OF LAJAS** is a municipality within the Commonwealth of Puerto Rico with the capacity to sue and be sued. The Municipality of Lajas responds for Defendants' actions, and because at all times relevant and material hereto Defendants were acting pursuant to a Municipal policy and/or custom and the actions giving rise to this complaint arise from acts from policy making officials for which the Municipality is responsible under 42 U.S.C. § 1983.

20.     Co-Defendant **RAMONA PACHECO-MACHADO** ("Pacheco-Machado") is a citizen of the United States and resident of Ponce, Puerto Rico. Pacheco-Machado was appointed as **Purchasing Director of the Municipality of Lajas** by Martínez-Maldonado shortly after he assumed the office of Mayor of the Municipality of Lajas in January 2021. Pacheco-Machado is a well-known member of the NPP, who had previously worked as a trust employee under the NPP-administration of María "Mayita" Meléndez Altieri in the Municipality of Ponce, and was a loyal follower, contributor and supporter of the NPP for the 2020 election. Pacheco-Machado is well aware of who Rivera-Rodríguez is, and of his

affiliation, participation and beliefs on behalf of the PDP. She became aware of this when she began to work at the Municipality of Lajas. Pacheco-Machado was involved in Rivera-Rodríguez's politically motivated harassment, retaliation, and discrimination, as well as in Rivera-Rodríguez' politically motivated termination, by constantly harassing and retaliating against Rivera-Rodríguez, and by pressuring Martínez-Maldonado to fulfill his campaign promise of firing Rivera-Rodríguez, with full knowledge and intent that the reasons behind the harassment and retaliation against Rivera-Rodríguez, as well as his termination of employment, were politically motivated. Pacheco-Machado is being sued for declaratory, injunctive and monetary relief in both her individual capacity and in her official capacity as former Purchasing Director of the Municipality of Lajas.[2]  At all times relevant and material hereto, Pacheco-Machado was acting under color of state law.

21.    Co-Defendant **NEREIDA DEL CARMEN GONZÁLEZ-LEFRANC** ("González-Lefranc") is a citizen of the United States and resident of Lajas, Puerto Rico. González-Lefranc was appointed as **Purchasing Supervisor of the Municipality of Lajas** by Martínez-Maldonado in the year 2022. González-Lefranc is a well-known member of the NPP in the Municipality of Lajas, and was a loyal follower, contributor and supporter of the NPP and Martínez-Maldonado, and of his campaign for the 2020 election. González-Lefranc is well aware of who Plaintiff Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP. This is so because, while Rivera-Rodriguez occupied trust positions under PDP-affiliated former Mayor of Lajas, Marcos ("Turin") Irizarry-Pagán, activities were made with owners of businesses and she used to participate in those activities representing Hotel Parguera Plaza. González-Lefranc also saw Rivera-Rodríguez in PDP caravans and rallies within the Municipality of Lajas. González-Lefranc was involved and actively participated in the politically-

---

[2] Approximately on July 2022, Defendant Pacheco-Machado was re-assigned to the trust position of Finance Director of the Municipality of Lajas.

motivated harassment, retaliation and discrimination against Plaintiff Rivera-Rodríguez. González-Lefranc is being sued for declaratory, injunctive and monetary relief in both her individual capacity and in her official capacity as former Purchasing Supervisor of the Municipality of Lajas. At all times relevant and material hereto, González-Lefranc was acting under color of state law.

22.     Co-Defendant **ROSA E. MONTALVO-ROSA (**"Montalvo-Rosa") is a citizen of the United States and resident of Lajas, Puerto Rico. Montalvo-Rosa was appointed as **Administrator of the Municipality of Lajas** by Martínez-Maldonado once he assumed the office of Mayor of the Municipality of Lajas in January 2021. Montalvo-Rosa is a well-known member of the NPP in the Municipality of Lajas, and was a loyal follower, contributor and supporter of the NPP and Martínez-Maldonado, and of his campaign for the 2020 election. Montalvo-Rosa is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP, because she has known him for a very long time. When Rivera-Rodríguez occupied trust positions at the Municipality of Lajas, Montalvo-Rosa used to ask favors to Rivera-Rodríguez, for example, she asked Rivera-Rodríguez something about a debt she had with the Municipal Revenue Collection Center ("CRIM" in Spanish), and to pave the road on the way to her house. Montalvo-Rosa was actively involved and participated in the politically motivated harassment, retaliation and discrimination against Rivera-Rodríguez, including his termination of employment; with full knowledge and intent that the reasons behind the harassment, retaliation and discrimination against Rivera-Rodríguez were politically motivated. Montalvo-Rosa is being sued for declaratory, injunctive and monetary relief in both her individual capacity and in her official capacity as Administrator of the Municipality of Lajas. At all times relevant and material hereto, Montalvo-Rosa was acting under color of state law.

23.     Co-Defendant **JANICE GONZÁLEZ-GALARZA** ("González-Galarza") is a citizen of the United States and resident of Guayanilla, Puerto Rico. González-Galarza was appointed as **Human**

**Resources Director of the Municipality of Lajas** by Martínez-Maldonado once he assumed the office of Mayor of the Municipality of Lajas in January 2021. González-Galarza is a well-known member of the NPP in the Municipality of Lajas and in Guayanilla. She ran for Mayor of Guayanilla twice under the NPP, and is a loyal follower, contributor and supporter of the NPP. González-Galarza is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP, because the first time they met, González Galarza told Rivera-Rodríguez to his face, that she was brought to the Municipality of Lajas with the single duty of firing him. González-Galarza was actively involved and participated in the politically motivated harassment, retaliation and discrimination against Rivera-Rodríguez, including his termination of employment; with full knowledge and intent that the reasons behind the harassment, retaliation and discrimination against Rivera-Rodríguez were politically motivated. González-Galarza constantly harassed and humiliated Rivera-Rodríguez because of his political affiliation, and constantly pressured Martínez-Maldonado to fire Rivera-Rodríguez. González-Galarza is being sued for declaratory, injunctive and monetary relief in both her individual capacity and in her official capacity as Human Resources Director of the Municipality of Lajas. At all times relevant and material hereto, González-Galarza was acting under color of state law.

24. Co-Defendant **OLGA RODRIGUEZ-MORENO ("Rodríguez-Moreno")** is a citizen of the United States and upon information and resident of Lajas, Puerto Rico. Rodríguez-Moreno was appointed as **Secretary of the Mayor of the Municipality of Lajas** by Martínez-Maldonado once he assumed the office of Mayor of the Municipality of Lajas in January 2021. Rodríguez-Moreno is a well-known member of the NPP in the Municipality of Lajas, and was a loyal follower, contributor and supporter of the NPP and Martínez-Maldonado, and of his campaign for the 2020 election. Rodríguez-Moreno is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP because Rodríguez-Moreno used to be the Secretary of former NPP-Mayor of Lajas

Leovigildo Cotté Torres, from 2009 until 2012, and worked along with Rivera-Rodríguez in the Municipality of Lajas for many years. Rodríguez-Moreno was actively involved and participated in the politically motivated harassment, retaliation and discrimination against Rivera-Rodríguez, including his termination of employment; with full knowledge and intent that the reasons behind the harassment, retaliation and discrimination against Rivera-Rodríguez were politically motivated. Rodríguez-Moreno constantly harassed and humiliated Rivera-Rodríguez because of his political affiliation, and constantly pressured Martínez-Maldonado to fire Rivera-Rodríguez, and even threatened to resign herself if Martínez-Maldonado did not fire Rivera-Rodríguez. Rodríguez-Moreno is being sued for declaratory, injunctive and monetary relief in both her individual capacity and in her official capacity as Secretary of the Mayor of the Municipality of Lajas. At all times relevant and material hereto, Rodríguez-Moreno was acting under color of state law.

25.     Co-Defendant **JOSÉ PERAZA-GONZÁLEZ ("Peraza-González")** is a citizen of the United States and upon information and resident of Lajas, Puerto Rico. Peraza-González currently holds the position of Assemblyman of the Municipality of Lajas – elected under the New Progressive Party ("NPP") ticket in the 2020 elections.  Peraza-González is a prominent member, affiliate, and contributor of the NPP both in a statewide and municipal basis since, at the very least, the 2007. Peraza-González is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP. This is so because they have known each other for at least 15 or 16 years and have seen each other in rallies and caravans of their respective parties, and Peraza-González has always referred to Rivera-Rodríguez as "*populete*", which is a derogatory term for "*popular*", an individual who is affiliated to the PDP and/or has beliefs in support of the PDP. Peraza-González was actively involved and participated in the politically motivated harassment, retaliation and discrimination against Rivera-Rodríguez, including his termination of employment; with full

knowledge and intent that the reasons behind the harassment, retaliation and discrimination against Rivera-Rodríguez were politically motivated, and constantly pressured Martínez-Maldonado to fulfill his campaign promise of firing Rivera-Rodríguez. Peraza-González even said publicly that the promise of the new Municipal administration was to fire all "*populetes*" and that Rivera-Rodríguez would not last more than one year. Peraza-González is being sued for declaratory, injunctive and monetary relief in both his individual capacity and in his official capacity as Assemblyman of the Municipality of Lajas. At all times relevant and material hereto, Peraza-González was acting under color of state law.

26.      Defendant **JULIO MATOS-GOTAY** ("Matos-Gotay") is a citizen of the United States and upon information and resident of Lajas, Puerto Rico. Matos-Gotay was appointed as **Commissioner of the Municipal Police of the Municipality of Lajas** by Martínez-Maldonado once he assumed the office of Mayor of the Municipality of Lajas in January 2021. Matos-Gotay is a well-known member of the NPP in the Municipality of Lajas, and was a loyal follower, contributor and supporter of the NPP and Martínez-Maldonado, and of his campaign for the 2020 election. Matos-Gotay is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP, because they have known each other for a very long time, from of all the years that Rivera-Rodríguez has been involved in politics and all the years that he worked at the Municipality of Lajas. As part of the pattern of political discrimination, harassment and retaliation to which Rivera-Rodríguez was subjected by the current Municipal administration of Lajas, Matos-Gotay improperly used the municipal police surveillance cameras, bought with federal TANF funds, to defame Rivera-Rodríguez. Specifically, Matos-Gotay took a surveillance video that had recorded, at the Lajas Municipal Police parking lot, a motor vehicle similar to the one owned by Rivera-Rodríguez, and published this video in social media falsely alleging that it was Rivera-Rodríguez who had visited the Municipal Police parking lot to take pictures of a municipal police car in order to cause prejudice and/or affect a female municipal police

officer. Matos-Gotay even admitted to the Municipal Police Captain that he had published the municipal surveillance video and that he wanted to cause damage to Rivera-Rodríguez. Matos-Gotay's discriminatory actions against Rivera-Rodríguez were politically motivated. He is being sued for declaratory, injunctive and monetary relief in both his individual capacity and in his official capacity as Commissioner of the Municipal Police of the Municipality of Lajas. At all times relevant and material hereto, Matos-Gotay was acting under color of state law.

27.    Defendant **RASHIDA SANTANA-TORO**, ("Santana-Toro") is a citizen of the United States and resident of Cabo Rojo, Puerto Rico. Santana-Toro is a career employee of the Municipality of Lajas, who holds the position of Administrative Assistant.  Santana-Toro is a well-known member of the NPP in the Municipality of Lajas, and was a loyal follower, contributor and supporter of the NPP and Defendant Martínez-Maldonado, and of his campaign for the 2020 election. Defendant Santana-Toro is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP because she has worked at the Municipality of Lajas for approximately 15 years, and she referred to Rivera-Rodríguez as "*populete*" in social networks and saw Rivera-Rodríguez in caravans of former PDP-affiliated Mayor Marcos ("Turin") Irizarry Pagán. Santana-Toro was involved in Rivera-Rodríguez' politically motivated termination, by falsely, knowingly and purposely stating that she had seen Rivera-Rodríguez, during working hours and using an official motor vehicle, selling a ticket for a PDP political activity to co-Defendant Mayra Santiago-Reyes. The reasons behind her providing this false statement were politically motivated and aimed at fabricating a case against Rivera-Rodríguez so that he would get fired from the Municipality of Lajas. Santana-Toro is being sued for declaratory, injunctive and monetary relief in her individual capacity.

28.    Defendant **MAYRA SANTIAGO-REYES** ("Santiago-Reyes") is a citizen of the United States and resident of Lajas, Puerto Rico. Santiago-Reyes is a transitory employee of the Municipality

of Lajas, who holds the position of Administrative Assistant (i.e., Secretary at the Emergency Management Department). Santiago-Reyes is a well-known member of the NPP in the Municipality of Lajas, and was a loyal follower, contributor and supporter of the NPP and Martínez-Maldonado, and of his campaign for the 2020 election. Santiago-Reyes is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP, because they worked together at the Municipality of Lajas for several years. Santiago-Reyes was involved in Rivera-Rodríguez' politically motivated termination, by knowingly and purposely fabricating and perjuring herself in a sworn statement in which she falsely accused Rivera-Rodríguez of selling her a ticket for a PDP political activity. The reasons behind her providing a false sworn statement were politically motivated and aimed at fabricating a case against Rivera-Rodríguez so that he would get fired from the Municipality of Lajas. Santiago-Reyes is being sued for declaratory, injunctive and monetary relief in her individual capacity.

29.    Defendant **JOHNNY RAMOS-GONZALEZ** ("Ramos-González") is a citizen of the United States and resident of Lajas, Puerto Rico. Ramos-González was appointed as **Special Aid** ("*Ayudante Especial*" in Spanish) **of the Mayor of the Municipality of Lajas** by Martínez-Maldonado in November 2022. Ramos-González is a well-known member of the NPP in the Municipality of Lajas, former NPP primary candidate for Mayor of Lajas, and was a loyal follower, contributor and supporter of the NPP and Martínez-Maldonado, and of his campaign for the 2020 election. In fact, Ramos-González was the Campaign Director of Martínez Maldonado for the 2020 elections. Ramos-González is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP because he has known Rivera-Rodríguez for many years, and both have been politically active in the Municipality of Lajas for decades. Ramos-González was actively involved and participated in the politically motivated harassment, retaliation and discrimination against Rivera-Rodríguez, including

13

his termination of employment; with full knowledge and intent that the reasons behind the harassment, retaliation and discrimination against Rivera-Rodríguez were politically motivated. For example, Ramos-González constantly harassed, and exercised strict surveillance over Rivera-Rodríguez prior to his termination of employment. Ramos-González also constantly pressured and urged Martínez-Maldonado to fulfill his campaign promise and terminate Rivera-Rodríguez' employment because of his political affiliation, participation and beliefs in support of the PDP. Ramos-González is being sued for declaratory, injunctive and monetary relief in his individual capacity and in his official capacity as Special Aid of the Mayor of the Municipality of Lajas. At all times relevant and material hereto, Ramos-González was acting under color of state law.

30.     Defendant **VICTOR PACHECO-SANTIAGO** ("Pacheco-Santiago") is a citizen of the United States and resident of Lajas, Puerto Rico. Pacheco-Santiago was appointed as **Director of Public Works of the Municipality of Lajas** by Martínez-Maldonado in the summer of 2022. Pacheco-Santiago is a well-known member of the NPP in the Municipality of Lajas, and participated in the NPP reorganization meeting where Martinez-Maldonado was certified as candidate for reelection in the 2024 elections. Pacheco-Santiago is aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP. He has known Rivera Rodriguez since approximately 15 years ago and is aware of Rivera-Rodríguez political affiliation and beliefs in support of the PDP. Pacheco-Santiago substituted Rivera-Rodríguez as Director of Emergency Management of Lajas, as a detail ("*en destaque*" in Spanish), during Rivera-Rodríguez' vacations in February and March 2019. During said vacations in 2019, the official motor vehicle that Rivera-Rodríguez used as Director of Emergency Management, was assigned to Pacheco-Santiago who acted Director of Emergency Management during Rivera-Rodríguez' vacations. Accordingly, Pacheco-Santiago had first-hand knowledge that Santana-Toro's statement that she had seen Rivera-Rodríguez, on February 28, 2019,

14

during working hours and using an official motor vehicle, selling a ticket for a PDP political activity to co-Defendant Santiago-Reyes, was false. Because Pacheco-Santiago had the official vehicle assigned to himself, he knew that Rivera-Rodríguez did not use the official motor vehicle at any time during his vacation in February-March 2019. Also, Pacheco-Santiago had first-hand knowledge that the tickets for the PDP-activity in question had not even been printed by February 28, 2019, so it was impossible that Rivera-Rodríguez would have sold any tickets on that date. Due to political motivations, Pacheco-Santiago remained silent, did not clarify that the issue about the official motor vehicle and about the printing of the tickets, and knowingly and purposely allowed his subordinates, co-Defendants Santana-Toro and Santiago-Reyes, to perjure themselves and fabricate a case against Rivera-Rodríguez. The reasons behind Pacheco-Santiago's conduct were politically motivated. Pacheco-Santiago is being sued for declaratory, injunctive and monetary relief in both his individual capacity and in his official capacity as Director of Public Works of the Municipality of Lajas. At all times relevant and material hereto, Pacheco-Santiago was acting under color of state law.

31.    Defendant **JOSE ORTIZ-RAMIREZ** ("Ortiz-Ramírez"), is a citizen of the United States and resident of Lajas, Puerto Rico. Ortiz Ramírez was appointed as **Director of Public Works of the Municipality of Lajas** by Martínez-Maldonado once he assumed the office of Mayor of the Municipality of Lajas in January 2021. The only condition for Ortiz-Ramírez to accept the position of Director of Public Works was that Martínez-Maldonado had to fire Rivera-Rodríguez. Ortiz-Ramírez occupied said position until the summer of 2022. Ortiz-Ramírez is a well-known member of the NPP in the Municipality of Lajas, and was a loyal follower, contributor and supporter of the NPP and Martínez-Maldonado, and of his campaign for the 2020 election. Ortiz-Ramírez is well aware of who Rivera-Rodríguez is, and of his affiliation, participation and beliefs on behalf of the PDP, because Ortiz-Ramírez used to be affiliated to the PDP. He switched to the NPP prior to the 2020 elections and used

to talk in radio shows against Rivera-Rodríguez, as well as against former PDP-affiliated Mayor of Lajas, Marcos ("Turin") Irizarry-Pagán. Ortiz-Ramírez was actively involved and participated in the politically motivated harassment, retaliation and discrimination against Rivera-Rodríguez, including his termination of employment; with full knowledge and intent that the reasons behind the harassment, retaliation and discrimination against Rivera-Rodríguez were politically motivated. Ortiz-Ramírez constantly pressured and urged Martínez-Maldonado to fulfill his campaign promise and terminate Rivera-Rodríguez's employment because of his political affiliation, participation and beliefs in support of the PDP.  Defendant Ortiz-Ramírez is being sued for declaratory, injunctive and monetary relief in both his individual capacity and in his official capacity as former Director of Public Works of the Municipality of Lajas. At all times relevant and material hereto, Defendant Ortiz-Ramírez was acting under color of state law.

### ADDITIONAL FACTUAL ALLEGATIONS

32.    Before being the Mayor of Lajas, Martínez-Maldonado used to work for the Puerto Rico Electric Power Authority ("PREPA"), and because of his job at said governmental agency, he was constantly in communication with Rivera-Rodríguez for matters related to electricity service in the Municipality of Lajas, considering that Rivera-Rodríguez occupied several positions of trust at the Municipality of Lajas during the tenure of former PDP-affiliated Mayor of Lajas, Marcos ("Turin") Irizarry-Pagán.

33.    Martínez-Maldonado even has visited Rivera-Rodríguez at his house.

34.    On several occasions, during October 2017, Martínez-Maldonado asked co-Plaintiff Rivera-Rodríguez if he was going to run for Mayor of Lajas under the PDP and challenged Rivera-Rodríguez to run against him in the elections of 2024.

35.    During Martínez-Maldonado's political campaign for the 2020 elections for the position of Mayor of Lajas, one of his main campaign promises, which he stated multiple times publicly, was to terminate Rivera-Rodríguez' employment at the Municipality of Lajas because of his PDP political affiliation and/or beliefs.

36.    During Martínez-Maldonado's political campaign for the 2020 elections for the position of Mayor of Lajas, cars with loudspeakers identified with Defendant Martínez-Maldonado, constantly cruised around the town of Lajas stating, among other things, "pro-PDP's are going out!" ("*los populares van pa fuera*" in Spanish), "hold on tight pro-PDP, because you're going out!" ("*agárrate populete porque vas pa' fuera*" in Spanish). One of the people who used to say these things over the loudspeaker is co-Defendant Peraza-González.

37.    For years, even when former PDP-affiliated Marcos ("Turin") Irizarry was Mayor of Lajas, co-Defendant Ortiz-Ramírez constantly and publicly accused Plaintiff Rivera-Rodríguez, without any evidence, of being corrupt, just because Rivera-Rodríguez' political affiliation.

38.    Even before Martínez-Maldonado defeated "Turin" in the 2020 municipal elections in the Municipality of Lajas, Ortiz-Ramírez constantly stated that Rivera-Rodríguez had to be fired from the Municipality of Lajas.

39.    Ortiz-Ramírez also used to say that, once Martínez-Maldonado won the 2020 municipal elections, he would make Rivera-Rodríguez' employment termination happen. All of this because, according to Defendants, Rivera-Rodríguez is a "*populete*"

40.    Ortiz-Ramírez accepted the position of Director of Public Works after Martínez-Maldonado promised him that he would fire Rivera-Rodríguez. After being appointed as Director of

Public Works, Ortiz-Ramírez threatened to resign if Martínez-Maldonado did not fire Rivera-Rodríguez.

41.    During the 2020 political campaign, Martínez-Maldonado told Rivera-Rodríguez not to worry, that he would not fire him if he (Martínez-Maldonado) won the municipal elections, as long as he (Rivera-Rodríguez) stayed quiet during the political campaign, abstained from doing campaign against him, and did not divulge a very shady issue involving Martínez-Maldonado's alleged purchase of a Dodge RAM motor vehicle. Specifically, Martínez-Maldonado warned Plaintiff Rivera-Rodríguez that, if the issue about his Dodge RAM motor vehicle became public, he would fire him.

42.    Under coercion and to keep his employment, Rivera-Rodríguez accepted and complied with the conditions imposed by Martínez-Maldonado during the political campaign.

43.    On November 3, 2020, Martínez Maldonado won the 2020 municipal elections for Mayor of Lajas, running under the NPP.

44.    Immediately after Martinez-Maldonado won the 2020 municipal elections, Ortiz-Ramírez published on Facebook that terminating Rivera-Rodríguez was the next thing on the agenda.

45.    Even Martinez-Maldonado himself often said that, if it was up to Ortiz-Ramírez, he would have fired Rivera-Rodríguez from day one.

46.    Ortiz-Ramirez also used to say, even to Rivera-Rodríguez' face, that Rivera-Rodríguez's salary had to be reduced just because he was a "*populete*".

47.    After Martínez Maldonado won the Municipal elections in November 2020, the first thing that he said to Rivera-Rodríguez when he saw him was "you're fucked" ("*estás jodío*", in Spanish) because, according to Martínez-Maldonado, "the people" ("*el pueblo*" in Spanish) wanted him to fire

Rivera Rodríguez, and because he had to fulfill his campaign promise. Martínez-Maldonado told this to Rivera-Rodríguez on approximately ten (10) occasions during 2021 and 2022.

48.     Martínez-Maldonado also told Rivera-Rodríguez on countless occasions that co-Defendant Ramos-González and Peraza-González reminded him every day that he had to fire Rivera-Rodríguez.

49.     On or around December 11, 2020, at the kitchen of the Arts and Culture Department of the Municipality of Lajas, co-Defendant Peraza-González told Pedro Jusino, a Municipal employee identified with the PDP, that the new Municipal administration was coming to cut Rivera-Rodríguez' head and that Rivera-Rodríguez would not last more than six months in the Municipality ("*que vienen a cortarte la cabeza y que no vas a durar más de seis meses trabajando en el Municipio*" in Spanish).

50.     Peraza-González also told Pedro Jusino that they were going to terminate all the PDP's ("*que iban a botar a todos los populetes*.")

51.     On December 15, 2020, a little more than one month after Martínez-Maldonado won the municipal elections in Lajas, and while Rivera-Rodríguez was on vacation, co-Defendant Santiago-Reyes submitted a sworn statement to the Puerto Rico Governmental Ethics Office ("GEO") alleging that Rivera-Rodríguez had sold her a ticket for a PDP political activity, during working hours, back on February 28, 2019.

52.     Two days later, on December 17, 2020, the GOE filed an ethical complaint against Rivera-Rodríguez based on the allegations made by Santiago-Reyes' in her sworn statement two days before.

53.    Santiago-Reyes' sworn statement is false because Rivera-Rodríguez did not sell her any ticket for a PDP-activity. In fact, Rivera-Rodríguez was not even a member of the PDP committee in Lajas at that time and, therefore, could not, and did not, sell any tickets for any PDP activity.

54.    Rivera-Rodríguez never received any cent from the alleged sale of a ticket for a PDP activity.

55.    Also, on February 28, 2019, the date in which Santiago-Reyes alleged under oath that Rivera-Rodríguez had sold her a ticket for a PDP activity during working hours, Rivera-Rodríguez was on vacation and the tickets for the PDP activity in question had not even been printed, and much less delivered to the PDP committee in Lajas, of which Rivera Rodríguez was not even a member of. The printing service representative himself certified that the tickets for the PDP activity in question were delivered to the PDP committee of Lajas on March 2, 2019.

56.    In addition to Rivera-Rodríguez and the printing service representative, there are other witnesses who have personal knowledge and have testified that what Santiago-Reyes testified under oath in her sworn statement submitted to the GEO is false.

57.    In January 2021, Rivera-Rodríguez and Martínez-Maldonado met personally. In said meeting, Martínez-Maldonado told Rivera-Rodríguez that he was fucked ("*estás jodío*" in Spanish) because Martínez-Maldonado had allegedly inherited the ethical case against Rivera-Rodríguez from the previous administration, and because, according to Martínez-Maldonado, former PDP-affiliated Mayor of Lajas, Marcos ("Turin") Irizarry-Pagán should have dealt with Rivera-Rodríguez' ethical case before leaving the chair of Mayor of Lajas in December 2020.

58.    During that meeting, held in January 2021, Martínez- Maldonado also reiterated to Rivera-Rodríguez that he (Martínez-Maldonado) had a lot of pressure from the party (NPP) to fire him

(Rivera-Rodríguez) because he had promised that to the people during the campaign, and that if Rivera-Rodríguez was fined by the GEO as a result of the ethical charges brought against him, he (Martínez-Maldonado) would fire him, and that Martínez-Maldonado was also going to file charges against him (Rivera-Rodríguez) for his removal ("*destitución*" in Spanish) from the Municipality of Lajas based on the same allegations raised by the GEO.

59.     Rivera-Rodríguez only asked Martínez-Maldonado to give him a chance to defend himself, and reiterated to Martínez-Maldonado that the allegations brought against him were false.

60.     Shortly after Martínez-Maldonado won the municipal elections in Lajas, in November 2020, Rivera-Rodríguez began to exhaust accrued sick and vacation leave, and remained away from work, exhausting leave, as well as compensatory time ("CT"), up until August 2021.

61.     Specifically, after a several months away from work exhausting vacation and sick leave, Rivera-Rodríguez was supposed to return to work on May 3, 2021. However, co-Defendants Pacheco-Machado and González-Galarza told Rivera-Rodríguez that he couldn't return to work, and illegally forced him to exhaust his CT during the months of May and June 2021, instead of paying the accrued CT off to him. This, even though employees, and not the employer, are supposed to decide when to take the accrued CT. Rivera-Rodríguez' CT was supposed to be paid off to him because the time to take it had expired and, therefore, it was the Municipality's obligation to pay for it.

62.     Afterwards, co-Defendants Pacheco-Machado and González-Galarza discriminatorily denied Rivera-Rodríguez's request to exhaust additional vacation leave during the month of July 2021.

63.     On April 8, 2021, while Rivera-Rodríguez was away from work exhausting vacation and sick leave, Martínez-Maldonado sent him a "letter of intention and proposal of formulation of charges" informing Rivera-Rodríguez that the Municipality of Lajas had become aware of the

complaint filed against him by the GEO and that he (Martínez-Maldonado) had ordered the Director of Human Resources of the Municipality of Lajas to carry out an investigation.

64.    According to the letter mentioned above, the investigation carried out by the Director of Human Resources of the Municipality of Lajas revealed that Rivera-Rodríguez' had incurred in conduct that violated the Puerto Rico Governmental Ethics Law, the Municipality's regulations, and the Puerto Rico Municipal Code, the latter which hadn't even been approved when the alleged events occurred.

65.    Accordingly, Rivera-Rodríguez was notified by Martínez-Maldonado of his intention to remove him from public service ("*destitución*" in Spanish). All this happened, while Rivera-Rodríguez was away from work exhausting vacation and sick leave.

66.    An informal administrative hearing against Rivera-Rodríguez was held at the Municipality of Lajas on June 13, 2021.  During said hearing, the Municipality of Lajas did not allow the testimony of Rivera-Rodríguez' witnesses.

67.    Prior to the commencement of the administrative hearing at the Municipality of Lajas, on that same date, June 13, 2021, Rivera-Rodríguez met with Martínez-Maldonado.

68.    In said meeting, Martínez-Maldonado told Rivera-Rodríguez to go to the informal hearing, that he had to fulfill his campaign promise and had to carry out the hearing against him, but that he would order the Human Resources Department to hold the matter in abeyance until the GEO issued its decision in Rivera-Rodríguez's case. Martínez-Maldonado told Rivera-Rodríguez that, if the GEO's decision was unfavorable to Rivera-Rodríguez, then he would fire him.

69.     On July 3, 2021, around 9:00 p.m., while Rivera-Rodríguez was at the Lajas Agricultural Fair, a very important event that takes place in Lajas every year, he received a call from an unknown phone number. It was Martínez-Maldonado calling from another number, under the influence of alcohol. He said: "Don't hang up, I want to talk to you" ("*no cuelgues, quiero hablar contigo*", in Spanish). He then asked Rivera-Rodríguez what his problem was ("*¿cuál es la pendejá tuya?*", in Spanish).

70.     In that phone call, Martínez-Maldonado told Rivera-Rodríguez that he was upset because people continuously visited City Hall asking for Rivera-Rodríguez to help them resolve issues and problems, such as pavement of roads, collection of garbage, among others. Martínez-Maldonado told Rivera-Rodríguez: "I want you to understand that 'Turin' lost, you lost, tell me where you are because I want to fight with you." ("*Dime dónde tú estás que quiero darme cuatro puños contigo,*" in Spanish). Rivera-Rodríguez was astonished by Martínez-Maldonado's words and immediately knew that Martínez-Maldonado was under the influence of alcohol. Rivera-Rodríguez asked Martínez-Maldonado: "Mayor, are you aware of what you are saying?" But Martínez-Maldonado continued: "We'll settle this right now. You come here and we'll fight" ("*Esto lo arreglamos ahora mismo. Tú me buscas y nos damos par de puños*", in Spanish). The phone call then dropped. Rivera-Rodríguez called back a few times, but no one answered.

71.     A few weeks later, Martínez-Maldonado apologized to Rivera-Rodríguez and admitted he had drunk too much that night. Nonetheless, Martínez-Maldonado told Rivera-Rodríguez that he was upset because people was always visiting the City Hall asking for him to solve their problems. Rivera-Rodríguez told Martínez-Maldonado not to get upset by that, because it was normal considering that he (Rivera-Rodríguez) had worked at the Municipality for more than 25 years, and he

(Martínez-Maldonado) was a new Mayor, and that people had not yet realized he (Rivera-Rodríguez) was not a director anymore.

72.    While Rivera-Rodríguez was away from work exhausting vacation and sick leave, co-Defendant Pacheco-Machado took away all the property that was assigned to Rivera-Rodríguez to do his work, such as his desk, his chair, and everything else.

73.    After exhausting his vacation and sick leave, as well as his CT, Rivera-Rodríguez reported back to work on August 2, 2021.

74.    Immediately after Gonzalez-Galarza's appointment as Director of Human Resources, she separated Rivera-Rodríguez' personnel file from the rest of the employees' personnel files and kept it under her custody, even though the personnel files of all employees are supposed to be kept all together.

75.    Contrary to the practice with the rest of the employees, who could request documents and/or copies of documents from their personnel files from the corresponding clerk or assistant of the Human Resources Department, anytime that Rivera-Rodríguez needed a document from his file or from the HR Department, it was necessary to obtain Gonzalez-Galarza's authorization, as she kept Rivera-Rodríguez' personnel file under her custody and separate from the rest of the employees'.

76.    In order to see his personnel file, Rivera-Rodriguez had to request it in writing, pay for it, and wait until González-Galarza was available to show it to him.

77.    On one occasion, Rivera-Rodríguez called Pablo Pérez, HR Administrative Assistant in charge of attendance, to request some attendance sheets and balances, and Mr. Pérez told Rivera-Rodríguez that González-Galarza had prohibited him from giving Rivera-Rodríguez any information, and that Rivera-Rodríguez had to call her directly.

78.    González-Galarza also prohibited Madeline Irizarry, HR Subdirector, from giving Rivera-Rodríguez any document or information related to Rivera-Rodríguez' employment.

79.    Even though all Purchasing Officers worked from the City Hall, and were supposed to work from the same location, effective on September 2, 2021, Rivera-Rodríguez was ordered to report to work at the Elderly Persons Center, another municipal dependency located away from the City Hall. This, due to an alleged need of service to make the purchase orders for the Elderly Persons Center and the Child Care facility, directly from the Elderly Persons Center.

80.    Co-Defendant Ortiz-Ramirez admitted to Glenda Rivera Ramirez, another Purchasing Officer of the Municipality of Lajas, that Rivera-Rodriguez's transfer to the Elderly Persons Center was made at his request.

81.    When Rivera-Rodriguez reported to the Elderly Persons Center, there was no phone, no internet, no desk, no printer, and no facilities at all for him to be able to do his job. Therefore, Rivera-Rodriguez had to go back to the City Hall where he informed Martinez-Maldonado that he could not do his job from the Elderly Persons Center. Martinez-Maldonado told Rivera-Rodriguez that he would make the arrangements for him to work from the Elderly Persons Center, but allowed Rivera-Rodríguez to stay working from his office at City Hall, while the facilities were prepared at the Elderly Persons Center.

82.    On September 27, 2021, at 4:30 p.m., Rivera-Rodríguez was told by his supervisor, Defendant González-Lefranc, that the next day he had to report back to the Elderly Persons Center and work from there. Surprisingly, and with the clear intention to humiliate Rivera-Rodríguez in front of everyone, when he returned to his office after talking with González-Lefranc, his desk had already been emptied, and the computer and all his personal belongings had already been removed from his

office, without his knowledge. This emotionally impacted Rivera-Rodríguez to the point where he had to ask for help through the Employee Assistance Program (EAP).

83.    The GEO held a hearing on the case of Rivera-Rodríguez on December 7-9, 2021, March 14, 2022, and August 3 and 12, 2022, respectively, but, as of this date, the GEO has not issued any decision.

84.    At the Elderly Persons Center, Pacheco-Machado assigned Rivera-Rodríguez an old and worn-out desk, even though a few weeks before, Pacheco-Machado had ordered the purchase of more than 10 new desks. However, none was given to Rivera-Rodríguez.

85.    Rivera-Rodríguez old and worn-out desk was placed looking directly to a wall. In other words, Rivera-Rodríguez was forced to work looking at a wall, like a child being punished in school.

86.    In order to continue the harassment against Rivera-Rodríguez, on March 15, 2022, Rivera-Rodriguez was ordered to write down his duties as Purchasing Officer, even though there is an official job description of the Purchasing Officer position and Rivera-Rodríguez had occupied said position since October 8, 1997. The order was given by Defendant Pacheco-Maldonado.

87.    On the other hand, every time that co-Defendant Ramos-González spoke to Rivera-Rodríguez he did so with a pen and notebook in his hands, where he used to write down everything that Rivera-Rodríguez said.

88.    In May 2022, Rivera-Rodríguez was working in the coordination of the mothers' day activity of the Elderly Persons Center, together with the Elderly Persons Center' secretary and driver, Mildred Pabón and Reinaldo Palermo, respectively. When they passed in front of the José Basora ballpark, Ramos-González saw Rivera-Rodríguez and immediately called Tomas Vilanova, Elderly Persons Center Director, to question him why Rivera-Rodríguez was on the street.

89.     As soon as Rivera-Rodríguez returned to the Elderly Persons Center, Tomás Vilanova informed him about the call from Ramos-González, and told Rivera-Rodríguez to take care of himself because "they" (including of course Ramos-González y NPP leadership in Lajas) were watching him very closely, and that every time Rivera-Rodríguez went out of the office, Ramos-González called Tomas Vilanova to ask him about Rivera-Rodríguez.

90.     Ramos-González constantly harassed and questioned Rivera-Rodríguez regarding the status of the purchase order of tires for the vehicles of the Elderly Persons Center. Ramos-González even went to the owner of the Tire Shop, Joel Ortiz, to double check the purchase quote.

91.     During the emergency of Hurricane Fiona in September 2022, as is customary during emergencies, Rivera-Rodriguez reported to the Municipality's Emergency Operations Center ("EOC"). However, co-Defendant González Lefranc told Rivera-Rodríguez that he had to leave and go back to the Elderly Persons Center because allegedly nobody wanted him at the EOC ("*nadie te quiere aquí*", in Spanish).

92.     On another occasion, also during the emergency of Hurricane Fiona, Rivera-Rodríguez went to the EOC to get a computer to be able to do his job, when an AMSSCA representative, Sheila Toro, approached Rivera-Rodríguez and began to give him an orientation on the handling of emotional situations during the hurricane season (suicide prevention, etc.). When the AMSSCA representative left, co-Defendants González-Galarza and Montalvo-Rosa called Gonzalez-Lefranc and told her that Rivera-Rodríguez couldn't talk to anyone, that he wasn't supposed to be doing public relations, and that he simply couldn't be at the EOC.

93.     Rivera-Rodríguez told González-Lefranc that he felt discriminated, but she told him not to be problematic and that the instruction that he couldn't talk to anyone and that he had to leave the EOC came from Montalvo-Rosa.

94.     On various occasions, González Lefranc completely and openly disrespected Rivera-Rodríguez telling him to shut up, in front of other co-workers, and she even told Carlos Flores, Emergency Management Director, that Rivera-Rodríguez couldn't speak with anyone.

95.     Because of this harassment, retaliation and discrimination, Rivera-Rodríguez told her supervisor González-Lefranc that he was not feeling well emotionally and that he would report to the State Insurance Fund, but González-Lefranc told Rivera-Rodríguez that he couldn't report to the State Insurance Fund and that, to do so, he needed the authorization of the Human Resources Director, co-Defendant González-Galarza.

96.     Of course, co-Defendant González-Galarza refused to complete the documents so that Rivera-Rodríguez could report to the State Insurance Fund due to an emotional condition.

97.     On the other hand, co-Defendants Rodríguez-Moreno and Montalvo-Rosa constantly pressured Martínez-Maldonado to fire Rivera-Rodríguez and also threatened to resign if Martínez-Maldonado did not fire Rivera-Rodríguez. Because of this, Martínez-Maldonado used to ask Rivera-Rodríguez if he had done something to Rodríguez-Moreno and Montalvo-Rosa "because they want me to fire you."

98.     Martínez-Maldonado again told Rivera-Rodríguez: "You're fucked" ("*Estás jodío*" in Spanish), because Rodríguez-Moreno and Martínez-Rosa allegedly "ran the Municipality", and they wouldn't stop pressuring Martínez-Maldonado to fire Rivera-Rodríguez and had threatened to resign if he didn't do so.

99.     On September 15, 2022, outside of the City Hall, Martínez Maldonado saw Rivera-Rodríguez and told him that he (Martínez-Maldonado) was upset with him (Rivera-Rodríguez) because OSHA had fined the Municipality of Lajas because Rivera-Rodríguez had complained about a chair.

Martínez-Maldonado told Rivera-Rodríguez, "don't complain later when I fire you" ("*después no te quejes cuando te bote*" in Spanish). However, OSHA did not fine the Municipality of Lajas because of Rivera-Rodríguez' chair at the Elderly People Center. Rather, it was due to the non-compliance of the infirmary of the Elderly People Center.

100.    On October 27, 2022, more than 16 months after the Municipality's informal administrative hearing against Rivera-Rodríguez was held, Martínez-Maldonado notified Rivera-Rodríguez via certified mail the Notice of Disciplinary Action Final Decision dated October 26, 2022, terminating Rivera-Rodríguez employment as Purchasing Officer of the Municipality of Lajas, effective on October 31, 2022.

101.    The termination letter was given to Rivera-Rodríguez by co-Defendant González-Galarza, accompanied by two other co-workers of Rivera-Rodríguez, Pablo Pérez and Angelie Irizarry Pagán, who were not supposed to be present, pursuant to the Municipality's regulations.

102.    Defendants hired and/or assigned someone to substitute for Rivera-Rodríguez after his discriminatory termination of employment. Upon information and belief that person is a member of the PDP.

103.    No other Purchasing Officer has been assigned to work from the Elderly People Center. Apparently, the need to work from the Elderly People Center existed only when Rivera-Rodríguez was employed. Now the work is done from the City Hall, as always has been done.

104.    On October 28, 2022, Rivera-Rodríguez appealed his termination to the Public Service Appellative Commission ("PSAC"). Said appeal is still active.

105.    After Rivera-Rodríguez' discriminatory and retaliatory termination, Defendant González-Galarza refused to give him an employment certification so that he could apply for governmental assistance programs, such as emergency AEELA[3] loan.

106.    After his discriminatory termination, the Municipality of Lajas also opposed Rivera-Rodríguez' application for unemployment benefits.

107.    After his discriminatory termination, the Municipality of Lajas did not pay to Rivera-Rodríguez his accrued and unused vacation and sick leave balances.

108.    Co-Defendant Gonzalez Galarza knows and has admitted in countless occasions to different persons who are Rivera-Rodríguez' witnesses, that the Municipality's regulations did not authorize the termination of employment in the case Rivera-Rodríguez, and that he was wrongly terminated.

109.    On the same date that he sent Rivera-Rodríguez the termination letter, Martinez-Maldonado suggested to Rivera-Rodriguez to look for a detail ("*destaque*" in Spanish) in PDP-municipalities such as Quebradillas and/or Sabana Grande ("*que se vaya pal carajo pa' Quebradillas o pa' Sabana Grande*" in Spanish), or anywhere outside of the Municipality of Lajas, and that Rivera-Rodríguez had had thirty (30) days to do so, before his termination became final.

110.    Accordingly, Rivera-Rodríguez made efforts to find a detail ("*destaque*") as suggested by Martinez-Maldonado and, indeed, was able to find one in the Senate of Puerto Rico.

111.    On November 15, 2022, the PDP-affiliated, President of the Senate of Puerto Rico, Jose Luis Dalmau, sent a letter to Defendant Martinez-Maldonado requesting him to approve the

---

[3] AEELA stands for Government of Puerto Rico Employee Association ("Asociación de Empleados del Estado Libre Asociado" in Spanish)

"*destaque*" of Rivera-Rodriguez at the Office of PDP-affiliated Senator Ramon Luis Nieves, as Field Officer Coordinator, until December 31, 2023.

113.    However, even after Rivera-Rodríguez found the detail ("*destaque*") that Martínez-Maldonado suggested, co-Defendant González-Galarza, following instructions of Martínez-Maldonado,  replied to the letter from the President of the Senate of Puerto Rico stating that the detail couldn't be approved because Rivera-Rodríguez was no longer an employee of the Municipality of Lajas.

114.    On December 23, 2022, around 9:00 p.m., Rivera-Rodríguez was at El Desvío 116 restaurant/bar in Lajas participating of a "*parranda*", and Martínez-Maldonado arrived. At some point during the night, Martínez-Maldonado approached Rivera-Rodríguez and told him that, if he (Rivera-Rodríguez) had gone on detail ("*destaque*"), none of this would have happened to him, and admitted that he (Martínez-Maldonado) had too much pressure from the NPP to fire him.

115.    Martínez-Maldonado also told Rivera-Rodríguez that he had to fire him because co-Defendants Montalvo-Rosa and Rodríguez-Moreno threatened to resign if he didn't do so, and that he took advantage of the GEO proceedings to fire him.

116.    Defendants discriminated against Rivera-Rodríguez due to his political affiliation and beliefs because there are and have been other employees of the Municipality of Lajas against whom the GEO has brought ethical charges and have been fined by the GEO, and have not been terminated from employment at the Municipality of Lajas. To name a few, for example, Ruth Alvarado Rodríguez and Carlos Flores Ramos. The difference is that they are affiliated to the NPP.

117.    Co-Defendant Martínez-Maldonado himself – as well as the other co-Defendants – directed, executed, requested, condoned and/or approved the decision to terminate Rivera-Rodríguez' employment because they knew – or because they perceived – that Rivera-Rodríguez had

31

exercised his First Amendment rights, and had engaged in activities protected by the First Amendment, with regards to a political party other than the NPP, in particular the PDP.

118.    All Defendants directly participated, authorized and/or condoned – and/or set in motion a series of events directed to and/or were grossly indifferent to (despite being aware of) – terminate Rivera-Rodríguez' employment because of his political affiliation, participation and beliefs with regards to a political party other than the NPP.

119.    The above facts show that the Defendants' actions in harassing and persecuting, and finally terminating Rivera-Rodríguez' employment were malicious and discriminatory and were executed with reckless disregard to Rivera-Rodríguez' constitutional rights and shock the conscience.

120.    The Defendants intentionally disregarded longstanding and consistent case law from this Honorable Court, and the United States Court of Appeals for the First Circuit, which has repeatedly proscribed politically-motivated adverse employment actions against government employees who hold positions for which political affiliation is not an appropriate requirement, like the low-level Purchasing Officer position that Rivera-Rodríguez occupied before his termination.

121.    At all times relevant and material hereto, Defendants abused the authority provided to them under Puerto Rico law and acted pursuant to a municipal policy or custom.

122.    All Defendants not only acted individually to deprive Rivera-Rodríguez of his Federal Constitutional rights, but they also acted in a concerted and/or conspiratorial manner. As the facts show, Defendants' actions were part of an overall plan that consistently implicated each of them aimed at harassing and terminating Rivera-Rodríguez' employment at the Municipality of Lajas.

123.    As a result of Rivera-Rodríguez' discriminatory termination, Defendants have deprived Rivera-Rodríguez and his family, all co-Plaintiffs in this case, of the income and benefits by which Rivera-Rodríguez sustained himself and his family; have subjected them to personal pain and suffering; and have punished them for Rivera-Rodríguez' exercise of his civil rights by harassing him, retaliating against him, and discriminatorily terminating his employment, all because he is not a member of or affiliated to the NPP, and is affiliated and/or believes in the PDP.

124.    All co-Plaintiffs have suffered economic and emotional damages due to the discriminatory, retaliatory and harassing actions of Defendants.

## CAUSES OF ACTION

### I.

### First Amendment Violations

125.    Plaintiffs incorporate by reference all previous paragraphs contained in this Complaint.

126.    The First Amendment of the United States Constitution guarantees the right to freedom of speech, freedom of expression, the right to assemble and to petition the Government for redress, and the right to vote and to affiliate with a political party of one's choosing.

127.    It is well established that government bodies or officials are forbidden by the First Amendment from discriminating, retaliating, abusing their authority, or taking adverse action against public employees on the basis of political affiliation, participation and beliefs, unless political affiliation is an appropriate requirement of the employment. Similarly the First Amendment protects public employees from discrimination, retaliation, being subjected to abuses of authority, or suffering adverse employment consequences, in retaliation for engaging in political activity, unless political affiliation is an appropriate requirement of the employment.

128.    Rivera-Rodríguez' First Amendment speech and activities were a substantial or motivating factor in the adverse employment actions complained of herein. By subjecting Rivera-Rodríguez to adverse employment actions and/or discriminating, harassing and retaliating against him on the basis of his political affiliation or beliefs, and/or for engaging in political activity and/or based on the Defendants' perception of his political affiliation of beliefs, Defendants deprived Rivera-Rodríguez of his First Amendment Rights.

129.    As a result of Defendants' actions Rivera-Rodríguez has suffered a chilling effect on his First Amendment rights.

**II.**

**Violations to Constitution and Laws of the Commonwealth of Puerto Rico**

130.    Plaintiffs incorporate by reference all previous paragraphs contained in this Complaint.

131.    Defendants' actions also constitute a violation of Plaintiffs' rights secured by Article II, Sections 1, 2, 4, 6 and 7 of the Puerto Rico Constitution.

132.    Defendants' actions also constitute violations of Articles 1536, 1538, 1539 and 1540 of the Puerto Rico Civil Code, § 10801, 10803, 10804, and 10805 of Title 31.

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs request the following relief, jointly and severally against all Defendants:

1.    That this Court determine and declare that the actions by all Defendants were in violation of the Constitution and laws of the United States and of Puerto Rico;

2.      Compensatory damages in excess of $2,200,000.00, itemized as follows:

      a.      Not less than $1,000,000.00 for Rivera-Rodríguez;

      b.      Not less than $500,000 for co-Plaintiff Yanira Pérez-Caraballo;

      c.      Not less than $100,000 for co-Plaintiff Keven H. Rivera-Flores;

      e.      Not less than $100,000 for co-Plaintiff Karenyellis Rivera-Cotté

      f.      Not less than $100,000 for co-Plaintiff Ahymet Rivera-Pérez;

      g.      Not less than $100,000 for co-Plaintiff Princesa D. Rivera-Pérez;

      h.      Not less than $50,000 for co-Plaintiff A.S.R.S. (minor);

      i.      Not less than $50,000 for co-Plaintiff K.O.P.P. (minor);

      j.      Not less than $50,000 for co-Plaintiff N.L.R.P. (minor);

      k.      Not less than $50,000 for co-Plaintiff A.V.R.B. (minor)

for a total of $2,200,000.00 in compensatory damages for the harm done to the Plaintiffs due to the actions of Defendants taken against Rivera-Rodríguez.

3.      Punitive damages of not less than $500,000.00 for Rivera-Rodríguez; not less than $250,000.00 for co-Plaintiff Yanira Pérez-Caraballo; not less than $50,000 each for co-Plaintiffs Keven Rivera-Flores, Karenyellis Rivera-Cotté, Ahymet Rivera-Pérez, and Princesa Rivera-Pérez, respectively, and not less than $25,000 each for co-Plaintiffs, A.S.R.S. (minor), K.O.P.P. (minor), N.L.R.P. (minor), and A.V.R.B. (minor), respectively, due to the malicious and wanton nature of the violations alleged herein.

4.      Equitable relief in the form of a permanent injunction ordering Defendants to reinstate Rivera-Rodríguez in his position as Purchasing Officer, with all corresponding privileges and benefits, and ordering Defendants to refrain from further engaging in adverse employment action on the basis of political affiliations and beliefs.

5.      Protection from retaliation against co-Defendant Yanira Pérez-Caraballo, who is also an employee of the Municipality of Lajas, and whose employment could be in jeopardy if Defendants retaliate against her for filing this action.

6.      Attorneys' fees, costs and litigation expenses incurred in connection to this action pursuant to, inter alia, 42 U.S.C. § 1988, and other applicable statutes.

7.      All applicable interests, including pre- and post- judgment interest.

8.      That the Court retain jurisdiction over this action in order to ensure compliance with any decree issued by this court;

9.      Any such other and further relief as the Court may deem just and proper.

**RESPECTFULLY SUBMITTED.**

 In San Juan, Puerto Rico, this 1st day of September of the year 2023.

**IT IS HEREBY CERTIFIED** that this Complaint has been filed using the Court's CM/ECF system, which in turn will notify all attorneys of record.

*Attorney for Plaintiffs*
**s/ Andrés C. Gorbea-Del Valle**
USDC PR Bar No. 226313
PO Box 195191
San Juan, P.R. 00919
Tel. (787) 217-2234
Email: andres_gorbea@yahoo.com