### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **AHYMET RIVERA-RODRÍGUEZ, et. al.** *Plaintiffs*, v. **JAYSON MARTÍNEZ MALDONADO, et al.** *Defendants* | **CIVIL CASE NO. 23-1451 (PAD)** |

### NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

In accordance with L. Cv. R. 83D, please take notice that Mr. Ramon L. Rosario Cortés hereby enters his appearance as counsel for defendants Municipality of Lajas, and without submitting them to the jurisdiction of the Court. Copies of all pleadings, notices, orders and correspondence regarding the above-captioned case are requested to be served to the undersigned.

Respectfully Submitted. In San Juan, Puerto Rico, this 21st of November 2023.

### CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that on November 21, 2023, I electronically filed the instant document with the Clerk's Office of this Court by means of the CM/ECF System, which will notify such filing to all attorneys of record in this case.

**PUERTO RICO LEGAL ADVISERS, LLC**
PO BOXC 19586
SAN JUAN, P.R.  00910
TEL.: 787-625-3300
info@prlegaladvisers.com

*s/Ramon L. Rosario-Cortés*
RAMON L. ROSARIO-CORTÉS
USDC-PR No. 303610
Email: rosario@prlegaladvisers.com